ORIGINAL

| | |
|---|---|
| 1  CERTIFICATE OF SERVICE<br>I certify under penalty of perjury under the laws of the United States of America that on this day I caused a copy of this document to be delivered to all counsel of record<br>*[signature]*<br>Dated December 19, 2001 at Seattle, Washington | The Honorable Thomas Zilly<br>CC TO JUDGE __DJ__<br>___ FILED   ___ ENTERED<br>___ LODGED  ___ RECEIVED<br>DEC 1 9 2001   DJ<br>AT SEATTLE<br>CLERK U S DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>BY _____ DEPUTY |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM ROBERT SMITH II,<br>　　　　　Plaintiff,<br>v.<br>OFFICER R. GONZALES, OFFICER JOHN DOE TOWNE, Seattle Police Officers, Individually in their Personal capacity, and CHIEF OF POLICE NORM STAMPER, Individually in his Personal Capacity and as Chief, Supervisor and Policy Maker in his official capacity, and THE CITY OF SEATTLE, a Municipal Corporation, and Unknown Policy Makers,<br>　　　　　Defendants. | No. C00 –1615 Z<br><br>DECLARATION OF JOHN J. KANNIN |

CV 00-01615 #00000027

JOHN J. KANNIN, states and declares as follows

　　　1　　I am the attorney for William Robert Smith, plaintiff in the above captioned matter and this declaration is made in support of Plaintiff's Memorandum in Response to Defendants' Motion for Summary Judgment. The following statements are based upon my personal knowledge, and I am competent to testify to the matters set forth herein in this declaration.

Page 1 – DECLARATION OF JOHN J. KANNIN

2. This personal injury and § 1983 case arises from a shooting incident occurring here in Seattle on December 5, 1998. Plaintiff William Robert Smith filed this civil action on September 22, 2000. The jury trial is set for sometime after February 20, 2002

3. Attached are true and correct copies of:

A. Deposition testimony of Officer Rudy P. Gonzales, 8/7/01.
B. Deposition testimony of Officer Rolfe Towne, 8/7/01.
C. Deposition testimony of Mr Norm Stamper, 11/5/01.
D. Deposition testimony of Mr. William R. Smith, 11/7/01.
E. Seattle Police Department, Incident Report completed by R. Christopherson
F. Seattle Police Department Hazard Report completed by Officer Gonzales and approved by Sgt. Towne.
G. Seattle Police Department, Incident Report completed by R. Gonzales and approved by R. Towne.
H. Smith's emergency room treatment notes.
I. Debra Malcolm's Interview Notes,
J. Dr. Irving Cohen's August 27, 2001 opinion letter.
K. Declaration of Van Bogardus III.
L. ARWEN 37 Data

4. Seattle Police Department Lieutenant McDonough's deposition took place on Monday December 17, 2001. The transcript is not yet available.

5. The foregoing is made under the penalty of perjury and under the laws of the State of Washington as true and correct.

Signed at Seattle, Washington this 19th day of December 2001.

_John J. Kannin_
John J. Kannin

Page 2 – DECLARATION OF JOHN J KANNIN

KANNIN LAW FIRM P S
3701 East Garfield Street
Seattle, WA 98112
Telephone (206) 709-2788

# EXHIBITS NOT SCANNED